# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WESLEY CARROLL,** : | |
| **Plaintiff** : | |
| | **CIVIL ACTION NO. 3:17-2170** |
| v. : | |
| | **(Judge Mannion)** |
| **COMMONWEALTH OF PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al.,** : | |
| **Defendants** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss Plaintiff's action pursuant to pursuant to Fed.R.Civ.P. 12(b)(6), for failure to state a claim (Doc. 23) is **GRANTED**.

2. Plaintiff's motion for a preliminary injunction and a temporary restraining order (Doc. 6) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 26, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2170-01-Order.wpd